No. 16,553.

YOUNG *v.* COFFIELD ET AL.
(226 P. [2d] 312)

Decided December 26, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. STANLEY W. PRISNER, Mr. WILLIAM BODAN, JR., for plaintiff in error.

Mr. EMORY L. O'CONNELL, for defendant in error, Mary S. Coffield.